■ In the Matter of HENRY CARTER, Appellant, v. JOHN WALBER, as Chairman of the Republican Committee of the Town of Clarkstown from the Rockland County Republican Committee, and JOHN LODICO et al., Constituting the Board of Elections of the County of Rockland, Respondents.— In a proceeding (1) to invalidate the acceptance, at the Clarkstown Republican Con-

vention held on September 14 and 15, 1971, of the nomination of respondent Lodico as a candidate for the public office of Councilman of the Town of Clarkstown and (2) to compel a new convention to be held as to nominations of candidates for said public office, the appeal is from a judgment of the Supreme Court, Rockland County, entered October 12, 1971, which dismissed the petition after a nonjury trial. Judgment affirmed, without costs. No opinion. Rabin, P. J., Munder, Martuscello, Gulotta and Christ, JJ., concur.